# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 14-826; 14-832

**Caption [use short title]:** Chevron Corp. v. Donziger

**Motion for:** Permission to file oversized brief.

Set forth below precise, complete statement of relief sought:

Plaintiff-Appellee Chevron Corp. requests authorization to file a single 50,000 word principal response brief to the two principal briefs filed by Defendants-Appellants.

**MOVING PARTY:** Chevron Corp.
- [✓] Plaintiff
- [ ] Defendant
- [ ] Appellant/Petitioner
- [✓] Appellee/Respondent

**OPPOSING PARTY:** Steven Donziger, et al.

**MOVING ATTORNEY:** Theodore Olson

**OPPOSING ATTORNEY:** Deepak Gupta

[name of attorney, with firm, address, phone number and e-mail]

Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave., N.W., Washington, D.C. 20036
(202) 955-8500 / tolson@gibsondunn.com

Gupta Beck PLLC
1735 20th St., NW, Washington, D.C. 20009
(202) 888-1741 / deepak@guptabeck.com

**Court-Judge/Agency appealed from:** United States District Court, Southern District of New York, Honorable Lewis A. Kaplan

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain): 

Opposing counsel's position on motion:
[✓] Unopposed  [ ] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [✓] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  [ ] Yes  [ ] No
Has this relief been previously sought in this Court?  [ ] Yes  [ ] No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  [ ] Yes  [✓] No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [✓] No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ Theodore Olson    **Date:** June 18, 2014    **Service by:** [✓] CM/ECF  [ ] Other [Attach proof of service]

**Form T-1080** (rev. 12-13)