# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Theodore B. Olson
Direct: +1 202.955.8668
Fax: +1 202.530.9575
TOlson@gibsondunn.com

July 3, 2014

*Via Electronic Filing*

Hon. Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:     Scheduling Notification in *Chevron Corp. v. Donziger et al.*
        (Nos. 14-826, 14-832)

Dear Ms. Wolfe:

I write on behalf of Plaintiff-Appellee Chevron Corporation ("Chevron") in these consolidated appeals.  Pursuant to Local Rule 31.2(a)(1)(B), I respectfully request that Chevron's principal brief be due on October 1, 2014.  That date is within 91 days of July 2, 2014, the date on which the last appellants' opening brief was filed by Appellant Steven Donziger.

Respectfully,

  */s/ Theodore B. Olson*

Theodore B. Olson


cc: All counsel of record (via ECF)

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Hong Kong • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.