# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of October, two thousand and fourteen.

Before:     Rosemary S. Pooler,
            *Circuit Judge.*

_____

Chevron Corporation,

      Plaintiff-Appellee,  **ORDER**
                                  Docket Nos.  14-826(L), 14-832(Con)
v.

Steven Donziger, The Law Offices of Steven R. Donziger,
Donziger & Associates, PLLC, Hugo Gerardo Camacho
Naranjo, Javier Piaguaje Payaguaje,

      Defendants-Appellants.

_____

The Appellants have filed a motion in which they suggest that this Court assign or refer the above-referenced appeals to the panel that determined *Chevron Corp. v. Naranjo*, docket no. 11-1150(L).

IT IS HEREBY ORDERED that the motion is DENIED.

                                            FOR THE COURT:

                                            Catherine O'Hagan Wolfe,
                                            Clerk of Court

