

October 24, 2014

*Via Electronic Filing*

Hon. Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: Filing of Amended Brief in Chevron Corp. v. Donziger et al. (Nos. 14-0826, 14-0832)

Dear Ms. Wolfe:

At the Court's request, we have provided 6 new copies of Defendants-Appellants' opening brief. In addition to amending the caption to conform to the Court's order we have also corrected a few minor typographical errors as indicated in the attached redlined pages. A clean electronic copy of the corrected brief is also attached.

         Respectfully submitted,

         /s/ Deepak Gupta
         Deepak Gupta
         Counsel for the Donziger Appellants

cc:
Theodore B. Olson, Gibson, Dunn & Crutcher LLP
Randy M. Mastro, Gibson, Dunn & Crutcher LLP